## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| EDGAR RIVERA, individually and on behalf of all others similarly situated, | Case No. |
| *Plaintiff*, | **CLASS ACTION COMPLAINT** |
| *v.* | **DEMAND FOR JURY TRIAL** |
| HUMANA INC., a Delaware registered corporation, and SIGNIFY HEALTH, INC., a Delaware registered corporation, | |
| *Defendants.* | |

## <u>CLASS ACTION COMPLAINT</u>

Plaintiff Edgar Rivera ("Plaintiff Rivera" or "Rivera") brings this Class Action Complaint and Demand for Jury Trial against Defendant Humana Inc. ("Defendant Humana" or "Humana") and Defendant Signify Health, Inc. ("Defendant Signify Health" or "Signify Health") to stop the Defendants from violating the Telephone Consumer Protection Act ("TCPA") by making pre-recorded calls to consumers without consent. Plaintiff also seeks injunctive and monetary relief for all persons injured by Defendants' conduct. Plaintiff Rivera, for this Complaint, alleges as follows upon personal knowledge as to himself and his own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by his attorneys.

### PARTIES

1. Plaintiff Edgar Rivera is a resident of Lakewood, Colorado.

2. Defendant Humana is a Delaware registered corporation headquartered in Louisville, Kentucky. Defendant Humana conducts business throughout this District and throughout the U.S.

1

3.      Defendant Signify Health is a Delaware registered corporation headquartered in Dallas, Texas.    Defendant Signify Health conducts business throughout this District and throughout the U.S.

## JURISDICTION AND VENUE

4.      This Court has federal question subject matter jurisdiction over this action under 28 U.S.C. § 1331, as the action arises under the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").

5.      This Court has personal jurisdiction over the Defendants and venue is appropriate because Defendant Humana and Defendant Signify Health both do business in this District, and the calls in this case were directed to Plaintiff who resides in this District.

## INTRODUCTION

6.      As the Supreme Court explained at the end of its term, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls. The Federal Government receives a staggering number of complaints about robocalls—3.7 million complaints in 2019 alone. The States likewise field a constant barrage of complaints. For nearly 30 years, the people's representatives in Congress have been fighting back." *Barr v. Am. Ass'n of Political Consultants*, No. 19-631, 2020 U.S. LEXIS 3544, at *5 (U.S. July 6, 2020).

7.      When Congress enacted the TCPA in 1991, it found that telemarketers called more than 18 million Americans every day. 105 Stat. 2394 at § 2(3).

8.      By 2003, due to more powerful autodialing technology, telemarketers were calling 104 million Americans every day. In re Rules and Regulations Implementing the TCPA of 1991, 18 FCC Rcd. 14014, ¶¶ 2, 8 (2003).

9.     The problems Congress identified when it enacted the TCPA have only grown exponentially in recent years.

10.     According to online robocall tracking service "YouMail," 4.9 billion robocalls were placed in October 2024 alone, at a rate of 158.4 million per day. www.robocallindex.com (last visited November 18, 2024).

11.     The FCC also has received an increasing number of complaints about unwanted calls, with 150,000 complaints in 2016, 185,000 complaints in 2017, and 232,000 complaints in 2018. FCC, Consumer Complaint Data Center, www.fcc.gov/consumer-help-center-data.

12.     "Robocalls and telemarketing calls are currently the number one source of consumer complaints at the FCC." Tom Wheeler, *Cutting off Robocalls* (July 22, 2016), statement of FCC chairman.[1]

13.     "The FTC receives more complains about unwanted calls than all other complaints combined." Staff of the Federal Trade Commission's Bureau of Consumer Protection, *In re Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991,* Notice of Proposed Rulemaking, CG Docket No. 02-278, at 2 (2016).[2]

## COMMON ALLEGATIONS

14.     Defendant Humana is an insurance company that sells insurance and Medicare plans to consumers throughout the U.S.[3]

---

[1] https://www.fcc.gov/news-events/blog/2016/07/22/cutting-robocalls
[2] https://www.ftc.gov/system/files/documents/advocacy_documents/comment-staff-ftc-bureau-consumer-protection-federal-communications-commission-rules-regulations/160616robocallscomment.pdf
[3] https://www.humana.com/

15.    Defendant Signify Health conducts personalized health evaluations and screenings to health plan members throughout the U.S.[4]

16.    Signify Health completes more than 1 million in-house assessments each year for Humana:

> Signify health completes more than one million in-home wellness assessments (IHWAs) yearly for Humana's Medicare Advantage membership with a clinical network of more than 9,000 providers nationwide.
>
> Beginning in Q2 2019, Signify Health partnered with Humana to connect their data in real time using a FHIR-compliant API. This new API allows for bidirectional feeds of member data between Signify Health's internal frameworks to Humana's "Common Core" framework. Signify Health is Humana's first external vendor to tap into the "Common Core" framework.
>
> Now, through the One Medication List (OML), Signify Health is able to retrieve real-time updates of a member's current medications and up to the last six months of past medications at the time of the scheduled appointment, whether in the home or office. The OML also allows Signify Health clinicians to send updated medications back to Humana in real-time, identifying both new medications, as well as modifications to existing medications.
>
> This not only improves the experience for the member, but also the provider, thus improving the quality of care being provided.[5]

17.    Both Humana and Signify Health place pre-recorded calls to consumers to notify them about health evaluations and preventative screenings, as per Plaintiff's experience.

18.    Humana is or should be aware that Signify Health places pre-recorded calls to consumers on its behalf.

19.    Consumers have recorded and captured pre-recorded calls that they received from Signify Health on behalf of Humana, including:

- "Voicemail.. first part cut off, name wise, but said call 855 215 1830, we're open blah blah blah, look forward to speaking to you.."[6]
- "I get these calls daily, always the same script: 'Hello, my name is Susan and I'm calling on behalf of Humana your insurance provider. I was hoping to speak with you about a valuable service that's part of your membership. If you would, please

---

[4] https://www.linkedin.com/company/signifyhealth/about/
[5] https://developers.humana.com/apis/case-studies/signify-health
[6] https://directory.youmail.com/phone/855-215-1830

call 8552151830. We're available from 7 AM to 7 PM central standard time Monday through Friday. We look forward to hearing from you and have a great day'."[7]

- "Robocall !"[8]

- "Automated call continue to play it's recording while they answer bought was giving a message."[9]

- "all day calls *(robocall / recorded message)*"[10]

20.     Unfortunately, the Defendants place pre-recorded calls to consumers who do not have a Humana health plan and who have never provided any form of consent to receive pre-recorded calls.

21.     Consumers have posted complaints online about calls that they received from Signify Health on behalf of Humana that were intended for somebody else like the Plaintiff in this case, including:

- "Said this was Humana calling for Sheila Rogerson (I'm not). Wanted to share some info with me. Asked me to call back at 1-844-723-0844. Called me the other day, same message different phone number. Do not answer or call back…"[11]

- "Keep blocking these numbers but same people keep calling for Linda Ellisberry"[12]

- "not a member of Humana and have told them numerous times I'm not the person they are looking for."[13]

- "Looking for someone?? Did not know person"[14]

- "calling as Humana saying I have insurance with them ..which I don't! I blocked number!"[15]

- "I don't have Humana lol maybe try calling someone who does to scam them"[16]

---

[7] Id.
[8] https://lookup.robokiller.com/p/855-215-1830
[9] Id.
[10] https://callfilter.app/18554348392
[11] https://www.numberguru.com/phone/302/927/3338/
[12] https://lookup.robokiller.com/p/302-927-3338
[13] https://www.shouldianswer.com/phone-number/8553194450
[14] https://www.shouldianswer.com/phone-number/8552151830/2
[15] Id.
[16] Id.

22.     Defendant Humana provides consumer phone numbers to Defendant Signify Health to make pre-recorded calls to, including Plaintiff Rivera's phone number.

23.     In response to these calls, Plaintiff has filed this lawsuit seeking injunctive relief requiring the Defendants to cease violating the TCPA, as well as an award of statutory damages to the members of the Classes and costs.

## FACTUAL ALLEGATIONS

24.     Plaintiff Rivera is the sole user and owner of his cell phone number ending in 5938.

25.     Plaintiff Rivera's cell phone number is not associated with a business and is used for personal use only.

26.     Plaintiff Rivera acquired his cell phone number in approximately April of 2023.

27.     When Plaintiff acquired his cell phone, he began receiving identical unwanted pre-recorded calls from Humana itself and from Signify Health on behalf of Humana from various phone numbers.

28.     On May 10, 2023 at 1:37 PM, Plaintiff Rivera received a call to his cell phone from 833-217-8108.

29.     This call was not answered, but a pre-recorded voicemail was left stating:

"… speak with you about a valuable service that's part of your membership. If you would please call 855-215-1830. We're available from 7 AM until 7 PM central standard time Monday through Friday. We look forward to hearing from you and have a great day."

30.     When 833-217-8108 is dialed, it is answered by Signify Health.[17]

31.     When 855-215-8130 is dialed, it is answered by Signify Health.[18]

---

[17] Based on an investigation conducted by Plaintiff's attorneys
[18] Based on an investigation conducted by Plaintiff's attorneys

32.     Plaintiff Rivera believes this voicemail was pre-recorded because it is incomplete, sounds automated, has unnatural intonation and because he received multiple voicemails with the same, or variations of the same message.

33.     On May 22, 2023 at 3:09 PM, Plaintiff Rivera received another call to his cell phone from 833-217-8108.

34.     This call was not answered, but a pre-recorded voicemail was left stating:

"…5-1830. We're available from 7 AM until 7 PM central standard time Monday through Friday. We look forward to hearing from you and have a great day."

35.     Plaintiff Rivera believes that this voicemail was recorded because it is identical to the previous voicemail he received, though the message is cut-off even earlier. The voicemail features the same voice, identical intonation and the dialogue is the same.

36.     On May 30, 2023 at 12:49 PM, Plaintiff Rivera received another call to his cell phone from 833-217-8108.

37.     This call was not answered, but a pre-recorded voicemail was left stating:

"Begins with 7 seconds of silence. "Hello, my name is Susan and I'm calling on behalf of Humana, your insurance provider. I was hoping to speak to you about a valuable service that's part of your membership. If you would please call 855-215-1830. We're available from 7 AM until 7 PM central standard time Monday through Friday. We look forward to hearing from you and have a great day."

38.     Plaintiff Rivera believes that this voicemail was recorded because it is identical to the previous voicemails that he received, but with the full script. In addition, the voicemail begins after 7 full seconds of dead silence. The voicemail features the same voice, identical intonation and the dialogue is the same.

39.     On August 4, 2023 at 10:34 AM, Plaintiff Rivera received another call to his cell phone from 888-810-8832.

40.     This call was not answered but a pre-recorded voicemail was left stating:

"… Humana, your insurance provider. I was hoping to speak to you about a valuable service that's part of your membership. If you would please call 855-215-1830. We're available from 7 AM until 7 PM central standard time Monday through Friday. We look forward to hearing from you and have a great day."

41.     When 888-810-8832 is called, it is answered by Signify Health.[19]

42.     Plaintiff Rivera believes that this voicemail was pre-recorded because it is identical to all the other voicemails he received, though the first part is cut-off. The voicemail features the same voice, identical intonation and the dialogue is the same.

43.     On August 6, 2023 at 10:02 AM, Plaintiff Rivera received a call to his cell phone from 866-323-1548.

44.     This call was not answered, but a pre-recorded voicemail was left stating:

"Hello this is (pause, voice changes) Humana calling (voice change) John Stringer (voice changes) with important information. I just want to let you know the services your doctor requested for you have been approved. We provided this information to your doctor who can assist with any questions you have regarding this service. But if you have questions about this approval, you can either call your doctor or call customer care at 1-866-832-5527. If you use a TTY call 711. You can call us 7 days a week from 8 AM to 8 PM or visit myhumana.com. Payment for approved services depends on your plan's benefit limitations and eligibility at time of service. Call customer service at 1-866-832-5527 to learn about what your plan covers and your costs, and to verify your eligibility. Thanks for your time today. Good bye. (voice change) As a reminder, if you no longer wish to receive calls from (voice change) Humana, (voice change) please call (voice change) 844-330-7799 (voice change) during regular business hours."

45.     When 866-323-1548 is dialed, no company name is specified.

46.     When 855-832-5527 is dialed, it is answered by Humana.[20]

47.     Plaintiff believes that this voicemail was pre-recorded because of the voice changes, the intonation is robotic and unnatural and because it sounds automated.

---

[19] Based on an investigation conducted by Plaintiff's attorneys
[20] Based on an investigation conducted by Plaintiff's attorneys

48.     On September 1, 2023 at 2:08 PM, Plaintiff Rivera received another call to his cell phone from 888-240-6719.

49.     This call was not answered but a pre-recorded voicemail was left stating:

"… about a valuable service that's part of your membership. If you would please call 855-215-1830. We're available from 7 AM until 7 PM central standard time Monday through Friday. We look forward to hearing from you and have a great day."

50.     Plaintiff Rivera believes that this voicemail was pre-recorded because it is identical to previous voicemails he received, though the first part is cut-off. The voicemail features the same voice, identical intonation and the dialogue is the same.

51.     When 888-240-6719 is called, it is answered by Signify Health.[21]

52.     On September 5, 2023 at 2:08 PM, Plaintiff Rivera received another call to his cell phone from 888-489-9821.

53.     This call was not answered but a pre-recorded voicemail was left stating:

"1830. We're available from 7 AM until 7 PM central standard time Monday through Friday. We look forward to hearing from you and have a great day."

54.     Plaintiff Rivera believes that this voicemail was pre-recorded because it is identical to previous voicemails he received, though the first part is cut-off. The voicemail features the same voice, identical intonation and the dialogue is the same.

55.     When 888-240-6719 is called, it is answered by Signify Health.[22]

56.     On November 1, 2023 at 11:31 AM, Plaintiff Rivera received a call to his cell phone from 888-541-6677.

57.     This call was not answered, but a pre-recorded voicemail was left stating:

"Hello this is (pause, voice changes) Humana calling to ask (voice change) Barbara Newell (voice changes) some questions about a recent health care experience. Please call us back

---

[21] Based on an investigation conducted by Plaintiff's attorneys
[22] Based on an investigation conducted by Plaintiff's attorneys

toll free at 1 (voice changes) 844-314-3659 (voice changes) and enter the 7-digit pin (voice changes) 7283218. (voice changes) Again, this is (voice changes) Humana, Barbara (voice changes) can reach us 24 hours a day, 7 days a week at 1 (voice changes) 844-314-3659 (voice changes) and the unique seven digit pin is (voice changes) 7283218. (voice changes) If you return our call from the same number we left this message, you won't need your pin. Thank you. Good bye."

58.    Plaintiff believes that this voicemail was pre-recorded because of the voice changes, the intonation is robotic and unnatural and because it sounds automated.

59.    On November 2, 2023 at 4:43 PM, Plaintiff Rivera received a call to his cell phone from 888-541-6677.

60.    This call was not answered, but a pre-recorded voicemail was left stating:

"Hello this is (pause, voice changes) Humana calling to ask (voice change) John Stringer (voice changes) about a recent health care experience. Please call us back toll free at 1 (voice changes) 844-314-3659 (voice changes) and enter the 7-digit pin (voice changes) 8441916. (voice changes) Again, this is (voice changes) Humana, John (voice changes) can reach us 24 hours a day, 7 days a week at 1 (voice changes) 844-314-3659 (voice changes) and the unique seven digit pin is (voice changes) 8441916. (voice changes) If you return our call from the same number we left this message, you won't need your pin. Thank you. Good bye."

61.    Plaintiff believes that this voicemail was pre-recorded because of the voice changes, the intonation is robotic and unnatural and because it sounds automated. In addition, the call is nearly identical to the call that Plaintiff received on November 1, 2023.

62.    On November 3, 2023 at 12:26 PM, Plaintiff Rivera received a call to his cell phone from 888-541-6677.

63.    This call was not answered but a pre-recorded voicemail was left stating:

"Hello this is (pause, voice changes) Humana calling to ask (voice change) Barbara Newell (voice changes) some questions about a recent health care experience. Please call us back toll free at 1 (voice changes) 844-314-3659 (voice changes) and enter the 7-digit pin (voice changes) 7283218. (voice changes) Again, this is (voice changes) Humana, Barbara (voice changes) can reach us 24 hours a day, 7 days a week at 1 (voice changes) 844-314-3659 (voice changes) and the unique seven digit pin is (voice changes) 7283218. (voice changes) If you return our call from the same number we left this message, you won't need your pin. Thank you. Good bye. (voice change) As a reminder, if you no longer wish to receive calls

10

from (voice change) Humana, (voice change) please call (voice change) 844-330-7799 (voice change) during regular business hours."

64.    Plaintiff believes that this voicemail was pre-recorded because of the voice changes, the intonation is robotic and unnatural and because it sounds automated.

65.    On November 3, 2023 at 4:31 PM, Plaintiff Rivera received a call to his cell phone from 888-541-6677.

66.    This call was not answered, but a pre-recorded voicemail was left stating:

"Hello this is (pause, voice changes) Humana calling to ask (voice change) John Stringer (voice changes) some questions about a recent health care experience. Please call us back toll free at 1 (voice changes) 844-314-3659 (voice changes) and enter the 7-digit pin (voice changes) 8441916. (voice changes) Again, this is (voice changes) Humana, John (voice changes) can reach us 24 hours a day, 7 days a week at 1 (voice changes) 844-314-3659 (voice changes) and the unique seven digit pin is (voice changes) 8441916. (voice changes) If you return our call from the same number we left this message, you won't need your pin. Thank you. Good bye. (voice change) As a reminder, if you no longer wish to receive calls from (voice change) Humana, (voice change) please call (voice change) 844-330-7799 (voice change) during regular business hours."

67.    Plaintiff believes that this voicemail was pre-recorded because of the voice changes, the intonation is robotic and unnatural and because it sounds automated. In addition, the call is nearly identical to the call that Plaintiff received earlier on November 3, 2023 at 12:26 PM.

68.    On February 22, 2024 at 11:12 AM, Plaintiff Rivera received a call to his cell phone from 844-207-1027.

69.    This call was not answered, but a pre-recorded voicemail was left stating:

"Hello this is (pause, voice changes) Humana calling (voice change) Barbara Newell (voice changes) with important benefit information. Please call us toll free at 1 (voice changes) 844-207-1027. TTY users please dial 711. Please call us back at 1 (voice changes) 844-207-1027. If you return our call from a different phone number then where we left this message, for security purposes, you'll be asked to enter that phone number. Thank you. Good bye."

70.    Plaintiff believes that this voicemail was pre-recorded because of the voice changes, the intonation is robotic and unnatural and because it sounds automated.

71.     On February 23, 2024 at 12:50 PM, Plaintiff Rivera received a call to his cell phone from 844-207-1027.

72.     This call was not answered, but a pre-recorded voicemail was left stating:

"Hello this is (pause, voice changes) Humana calling (voice change) Barbara Newell (voice changes) with important benefit information. Please call us toll free at 1 (voice changes) 844-207-1027. TTY users please dial 711. Please call us back at 1 (voice changes) 844-207-1027. If you return our call from a different phone number then where we left this message, for security purposes, you'll be asked to enter that phone number. Thank you. Good bye."

73.     Plaintiff believes that this voicemail was pre-recorded because of the voice changes, the intonation is robotic and unnatural and because it sounds automated. In addition, this voicemail is identical to the voicemail Plaintiff received on February 22, 2024.

74.     On February 26, 2024 at 10:17 AM, Plaintiff Rivera received a call to his cell phone from 844-207-1027.

75.     This call was not answered, but a pre-recorded voicemail was left stating:

"Hello this is (pause, voice changes) Humana calling (voice change) Barbara Newell (voice changes) with important benefit information. Please call us toll free at 1 (voice changes) 844-207-1027. TTY users please dial 711. Please call us back at 1 (voice changes) 844-207-1027. If you return our call from a different phone number then where we left this message, for security purposes, you'll be asked to enter that phone number. Thank you. Good bye."

76.     Plaintiff believes that this voicemail was pre-recorded because of the voice changes, the intonation is robotic and unnatural and because it sounds automated. In addition, this voicemail is identical to the previous 2 voicemails that he received in February of 2024.

77.     On June 11, 2024 at 8:51 AM, Plaintiff Rivera received a call to his cell phone from 866-206-4690.

78.     This call was not answered, but a pre-recorded voicemail was left stating:

"Hello this is (pause, voice changes) Humana calling (voice change) Barbara Newell (voice changes) to remind you to schedule your preventive colon rectal cancer screening this year.

Your preventive colon rectal cancer screening is covered by your (voice change) Humana (voice change) plan. Please give us a call back at (voice change) 866-206-7566 (voice change) and enter this 7-digit pin (voice change) 8004485. (voice change) If you call from the same number we left this message, you won't need your pin. Again, the phone number is (voice change) 866-206-7566 (voice change) and your 7-digit pin is (voice change) 8004485. (voice change) As a reminder, if you no longer wish to receive calls from Humana, please call 844-330-7799 during regular business hours. Thank you for your time and have a wonderful day."

79.     Plaintiff believes that this voicemail was pre-recorded because of the voice changes, the intonation is robotic and unnatural and because it sounds automated.

80.     On July 9, 2024 at 11:09 AM, Plaintiff Rivera received a call to his cell phone from 866-206-7566.

81.     This call was not answered, but a pre-recorded voicemail was left stating:

"(Begins with brief Spanish) Hello this is (pause, voice changes) Humana calling (voice change) Barbara Newell (voice changes) to remind you to schedule your preventive colon rectal cancer screening this year. Your preventive colon rectal cancer screening is covered by your (voice change) Humana (voice change) plan. Please give us a call back at (voice change) 866-206-7566 (voice change) and enter this 7-digit pin (voice change) 8004485. (voice change) If you call from the same number we left this message, you won't need your pin. Again, the phone number is (voice change) 866-206-7566 (voice change) and your 7-digit pin is (voice change) 8004485. (voice change) As a reminder, if you no longer wish to receive calls from Humana, please call 844-330-7799 during regular business hours. Thank you for your time and have a wonderful day."

82.     Plaintiff believes that this voicemail was pre-recorded because of the voice changes, the intonation is robotic and unnatural and because it sounds automated.

83.     On July 11, 2024 at 9:22 AM, Plaintiff Rivera received a call to his cell phone from 866-206-7566.

84.     This call was not answered, but a pre-recorded voicemail was left stating:

"Hello this is (pause, voice changes) Humana calling (voice change) Barbara Newell (voice changes) to remind you to schedule your preventive colon rectal cancer screening this year. Your preventive colon rectal cancer screening is covered by your (voice change) Humana (voice change) plan. Please give us a call back at (voice change) 866-206-7566 (voice change) and enter this 7-digit pin (voice change) 8004485. (voice change) If you call from the same number we left this message, you won't need your pin. Again, the phone number

is (voice change) 866-206-7566 (voice change) and your 7-digit pin is (voice change) 8004485. (voice change) As a reminder, if you no longer wish to receive calls from Humana, please call 844-330-7799 during regular business hours. Thank you for your time and have a wonderful day."

85.    Plaintiff believes that this voicemail was pre-recorded because of the voice changes, the intonation is robotic and unnatural and because it sounds automated.

86.    On August 29, 2024 at 10:02 AM, Plaintiff Rivera received a call to his cell phone from 302-927-3338.

87.    This call was not answered, but a pre-recorded voicemail was left stating:

"Hello, this is Humana calling for (pause) (different voice) Barbara Newell. (pause) (original voice) We'd like to share some important information because this is important. We may call you back later today. You can call us back toll free at 1 (different voice) 844-723-0844. (voice changes back) TTY users should call 711. Again, the number is 1 (different voice) 844-723-0844. Thank you and have a good day. Good bye."

88.    When 302-927-3338 is dialed, it is answered by Humana.[23]

89.    When 844-723-0844 is dialed, it is answered by Humana.[24]

90.    Plaintiff believes that this voicemail was pre-recorded because of the voice changes, the intonation is robotic and unnatural and because it sounds automated.

91.    On August 29, 2024 at 2:02 PM, Plaintiff Rivera received a call to his cell phone from 302-927-3338.

92.    This call was not answered, but a pre-recorded voicemail was left stating:

"Hello, this is Humana calling for (pause) (different voice) Barbara Newell. (pause) (original voice) We're reaching out again because we have some important information about refilling your prescription. It's important that we hear from you. So please call us back as soon as you can. We're available toll free at 1 (different voice) 844-723-0844. (voice changes back) TTY users should call 711. Again, the number is 1 (different voice) 844-723-0844. Thank you and have a good day. Good bye."

---

[23] Based on an investigation conducted by Plaintiff's attorneys
[24] Based on an investigation conducted by Plaintiff's attorneys

93.    Plaintiff believes that this voicemail was pre-recorded because of the voice changes, the intonation is robotic and unnatural and because it sounds automated.

94.    On October 31, 2024 at 11:44 AM, Plaintiff Rivera received a call to his cell phone from 303-569-4698.

95.    This call was not answered, but a pre-recorded voicemail was left stating:

"… I was hoping to speak to you about a valuable service that's part of your membership. If you would please call 855-215-1830. We're available from 7 AM until 7 PM central standard time Monday through Friday. We look forward to hearing from you and have a great day."

96.    Plaintiff believes that this voicemail was pre-recorded because he received the same voicemail in 2023 and because the voicemail begins part of the way into the recording.

97.    On October 31, 2024 at 1:29 PM, Plaintiff Rivera received a call to his cell phone from 970-297-7410.

98.    This call was not answered, but a pre-recorded voicemail was left stating:

"… and I'm calling on behalf of Humana, your insurance provider. I was hoping to speak to you about a valuable service that's part of your membership. If you would please call 855-215-1830. We're available from 7 AM until 7 PM central standard time Monday through Friday. We look forward to hearing from you and have a great day."

99.    Plaintiff believes that this voicemail was pre-recorded because it contains the exact same dialogue as the previous call on October 31, 2024, with the same intonation, tone, voice and pauses. In addition, the recording is cut off at the beginning.

100.    On November 7, 2024 at 11:14 AM, Plaintiff Rivera received a call to his cell phone from 800-528-1484.

101.    This call was not answered, but a pre-recorded voicemail was left stating:

"… is Susan and I'm calling on behalf of Humana, your insurance provider. I was hoping to speak to you about a valuable service that's part of your membership. If you would please call 855-215-1830. We're available from 7 AM until 7 PM central standard time Monday through Friday. We look forward to hearing from you and have a great day."

15

102.    Plaintiff believes that this voicemail was pre-recorded because it contains the exact same dialogue as the previous calls on October 31, 2024, with the same intonation, tone, voice and pauses. In addition, the recording is cut off at the beginning.

103.    On November 12, 2024 at 11:00 AM, Plaintiff Rivera received a call to his cell phone from 720-463-2397.

104.    This call was not answered, but a pre-recorded voicemail was left stating:

""your membership. If you would please call 855-215-1830. We're available from 7 AM until 7 PM central standard time Monday through Friday. We look forward to hearing from you and have a great day."

105.    Plaintiff believes that this voicemail was pre-recorded because it contains the exact same dialogue as the previous 3 calls, with the same intonation, tone, voice and pauses. In addition, the recording is cut off at the beginning.

106.    On November 12, 2024 at 11:50 AM, Plaintiff Rivera received a call to his cell phone from 719-349-6028.

107.    This call was not answered, but a pre-recorded voicemail was left stating:

"… is Susan and I'm calling on behalf of Humana, your insurance provider. I was hoping to speak to you about a valuable service that's part of your membership. If you would please call 855-215-1830. We're available from 7 AM until 7 PM central standard time Monday through Friday. We look forward to hearing from you and have a great day."

108.    Plaintiff believes that this voicemail was pre-recorded because it contains the exact same dialogue as the previous 4 calls, with the same intonation, tone, voice and pauses. In addition, the recording is cut off at the beginning.

109.    On November 26, 2024 at 5:07 PM, Plaintiff Rivera received a call to his cell phone displaying the caller ID Humana:



110.    This call was not answered, but a pre-recorded voicemail was left stating:

"… is Susan and I'm calling on behalf of Humana, your insurance provider. I was hoping to speak to you about a valuable service that's part of your membership. If you would please call 855-215-1830. We're available from 7 AM until 7 PM central standard time Monday through Friday. We look forward to hearing from you and have a great day."

111.    Plaintiff believes that this voicemail was pre-recorded because it contains the exact same dialogue as the previous 5 calls, with the same intonation, tone, voice and pauses. In addition, the recording is cut off at the beginning.

112.    On December 3, 2024 at 9:49 AM, Plaintiff Rivera received a call to his cell phone displaying the caller ID Humana:



113.    This call was not answered, but a pre-recorded voicemail was left stating:

"… my name is Susan and I'm calling on behalf of Humana, your insurance provider. I was hoping to speak to you about a valuable service that's part of your membership. If you would please call 855-215-1830. We're available from 7 AM until 7 PM central standard time Monday through Friday. We look forward to hearing from you and have a great day."

114.    Plaintiff believes that this voicemail was pre-recorded because it contains the exact same dialogue as the previous 6 calls, with the same intonation, tone, voice and pauses. In addition, the recording is cut off at the beginning.

115.    Plaintiff is not and has never been a member of Humana or affiliated with Defendant Signify Health.

116.    Plaintiff Rivera does not know John Stringer.

117.    Plaintiff Rivera does not know Barbara Newell.

17

118.    Plaintiff Rivera has never provided his cell phone number to Humana.

119.    Plaintiff Rivera has never provided his cell phone number to Signify Health.

120.    The unauthorized pre-recorded calls that Plaintiff received from Humana, and from
Signify Health on behalf of Humana, as alleged herein, have harmed Plaintiff Rivera in the form
of annoyance, nuisance, and invasion of privacy, and disturbed the use and enjoyment of his phone,
in addition to the wear and tear on the phone's hardware (including the phone's battery) and the
consumption of memory on the phone.

121.    Seeking redress for these injuries, Plaintiff Rivera, on behalf of himself and Classes
of similarly situated individuals, brings suit under the TCPA.

## CLASS ALLEGATIONS

122.    Plaintiff Rivera brings this action pursuant to Federal Rules of Civil Procedure
23(b)(2) and 23(b)(3) and seeks certification of the following Classes:

**Humana Pre-recorded No Consent Class:** All persons throughout the United States (1)
to whom Humana placed, or caused to be placed, a call, (2) directed to a number assigned
to a cellular telephone service, but not assigned to a person with an account with Humana,
(3) in connection with which an artificial or prerecorded voice was used, (4) from four
years prior to the filing of this complaint through the date of class certification.

**Signify Health Pre-recorded No Consent Class:** All persons throughout the United
States (1) to whom Signify Health placed, or caused to be placed, a call, (2) directed to a
number assigned to a cellular telephone service, but not assigned to a person with an
account with the company on whose behalf Signify Health was calling, (3) in connection
with which an artificial or prerecorded voice was used, (4) from four years prior to the
filing of this complaint through the date of class certification.

123.    The following individuals are excluded from the Classes: (1) any Judge or
Magistrate presiding over this action and members of their families; (2) Defendants, their
subsidiaries, parents, successors, predecessors, and any entity in which either Defendant or their
parents have a controlling interest and their current or former employees, officers and directors;

(3) Plaintiff's attorneys; (4) persons who properly execute and file a timely request for exclusion from the Class; (5) the legal representatives, successors or assigns of any such excluded persons; and (6) persons whose claims against the Defendants have been fully and finally adjudicated and/or released. Plaintiff Rivera anticipates the need to amend the Class definitions following appropriate discovery.

124.    **Numerosity**: On information and belief, there are hundreds, if not thousands of members of the Classes such that joinder of all members is impracticable.

125.    **Commonality and Predominance**: There are many questions of law and fact common to the claims of the Plaintiff and the Classes, and those questions predominate over any questions that may affect individual members of the Classes. Common questions for the Classes include, but are not necessarily limited to the following:

(a)    Whether Defendants' conduct violated the TCPA;

(b)    Whether Defendants placed pre-recorded voice message calls to Plaintiff Rivera and members of the classes without first receiving consent to make the calls;

(c)    whether members of the Classes are entitled to treble damages based on the willfulness of Defendants' conduct.

126.    **Adequate Representation**: Plaintiff Rivera will fairly and adequately represent and protect the interests of the Classes, and has retained counsel competent and experienced in class actions. Plaintiff Rivera has no interests antagonistic to those of the Classes, and Defendants have no defenses unique to Plaintiff. Plaintiff Rivera and his counsel are committed to vigorously prosecuting this action on behalf of the members of the Classes, and have the financial resources to do so. Neither Plaintiff Rivera nor his counsel have any interest adverse to the Classes.

127.    **Appropriateness**: This class action is also appropriate for certification because the Defendants have acted or refused to act on grounds generally applicable to the Classes and as a whole, thereby requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward the members of the Classes and making final class-wide injunctive relief appropriate. Defendants' business practices apply to and affect the members of the Classes uniformly, and Plaintiff's challenge of those practices hinges on Defendants' conduct with respect to the Classes as wholes, not on facts or law applicable only to Plaintiff Rivera. Additionally, the damages suffered by individual members of the Classes will likely be small relative to the burden and expense of individual prosecution of the complex litigation necessitated by Defendants' actions. Thus, it would be virtually impossible for the members of the Classes to obtain effective relief from Defendants' misconduct on an individual basis. A class action provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

### FIRST CLAIM FOR RELIEF
**Telephone Consumer Protection Act**
**(Violation of 47 U.S.C. § 227)**
**(On Behalf of Plaintiff Rivera and the Humana Pre-Recorded No Consent Class)**

128.    Plaintiff repeats and realleges paragraphs 1-127 of this Complaint and incorporates them by reference herein.

129.    Defendant Humana transmitted unwanted telephone calls to Plaintiff and the other members of the Pre-recorded No Consent Class using a pre-recorded voice message.

130.    These pre-recorded voice calls were made *en masse* without the prior express written consent of the Plaintiff and the other members of the Pre-recorded No Consent Class.

131.    Humana has, therefore, violated 47 U.S.C. § 227(b)(1)(A)(iii). As a result of the Humana's conduct, Plaintiff and the other members of the Pre-recorded No Consent Class are each entitled to a minimum of $500 in damages, and up to $1,500 in damages, for each violation.

## SECOND CLAIM FOR RELIEF
### Telephone Consumer Protection Act
### (Violation of 47 U.S.C. § 227)
### (On Behalf of Plaintiff Rivera and the Signify Health Pre-Recorded No Consent Class)

132.    Plaintiff repeats and realleges paragraphs 1-127 of this Complaint and incorporates them by reference herein.

133.    Defendant Signify Health, on behalf of Defendant Humana transmitted unwanted telephone calls to Plaintiff and the other members of the Pre-recorded No Consent Class using a pre-recorded voice message.

134.    These pre-recorded voice calls were made *en masse* without the prior express written consent of the Plaintiff and the other members of the Pre-recorded No Consent Class.

135.    The Defendants have, therefore, violated 47 U.S.C. § 227(b)(1)(A)(iii). As a result of the Defendants' conduct, Plaintiff and the other members of the Pre-recorded No Consent Class are each entitled to a minimum of $500 in damages, and up to $1,500 in damages, for each violation.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Rivera individually and on behalf of the Classes, prays for the following relief:

136.    An order certifying this case as a class action on behalf of the Classes as defined above; appointing Plaintiff Rivera as the representative of the Classes; and appointing his attorneys as Class Counsel;

137.    An award of actual and/or statutory damages and costs;

138.    An order declaring that Defendants' actions, as set out above, violate the TCPA;

139.    An injunction requiring the Defendants to cease all unsolicited calling activity, and to otherwise protect the interests of the Classes; and

140.    Such further and other relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff Rivera requests a jury trial.

DATED this 15th day of December, 2024.

                                 **EDGAR RIVERA**, individually and on behalf of all others similarly situated,

                                 */s/ Stefan Coleman*
                                 Stefan Coleman
                                 law@stefancoleman.com
                                 Coleman PLLC
                                 18117 Biscayne Blvd, Suite 4152
                                 Miami, FL 33160
                                 Telephone: (877) 333-9427

                                 Avi R. Kaufman
                                 kaufman@kaufmanpa.com
                                 KAUFMAN P.A.
                                 237 S Dixie Hwy, Floor 4
                                 Coral Gables, FL 33133
                                 Telephone: (305) 469-5881

                                 *Attorneys for Plaintiff and the putative Classes*